# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2018

155451

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OLAJUWON ONIK CARTER,
      Defendant-Appellant.

SC: 155451
COA: 326442
Wayne CC: 14-007691-FC

_____/

      By order of September 12, 2017, the application for leave to appeal the January 19, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Randolph* (Docket No. 153309). On order of the Court, the case having been decided on June 15, 2018, 502 Mich 1 (2018), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Part II.C of the judgment of the Court of Appeals, and we REMAND this case to that court for reconsideration in light of *Randolph*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2018



Clerk

p1031